**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of**<br>**Richard D. Bennett**<br>**United States District Judge**<br>**Northern Division** | U.S.Courthouse - Chambers 5D<br>101 W. Lombard Street<br>Baltimore, MD 21201<br>Tel:  410-962-3190<br>Fax: 410-962-3177 |

September 9, 2022

## LETTER ORDER

TO: COUNSEL OF RECORD

    RE:   *USA v. Benjamin Paz*
            Criminal No. RDB-21-0163

Dear Counsel:

This will confirm that the Scheduling Order is REVISED as follows:

**Motions Hearing/Pretrial Conference**    September 19, 2022, at 11:00 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                Sincerely,

                  /s/

                Richard D. Bennett
                United States District Judge