

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Michael F. Aubin*
*Assistant United States Attorney*
*Michael.Aubin@usdoj.gov*

*Mailing Address:*
*36 S. Charles Street, 4th Floor*
*Baltimore, MD 21201*

*Office Location:*
*36 S. Charles Street, 4th Floor*
*Baltimore, MD 21201*

*DIRECT: 410-209-4940*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

September 21, 2022

The Honorable Richard D. Bennett
United States District Judge
Garmatz Federal Courthouse, Suite 5D
Baltimore, MD 21201

      Re:    <u>United States v. Benjamin Paz</u>,
                  Criminal No. RDB-21-163

Your Honor:

      This letter responds to the email from Chambers earlier this afternoon regarding the potential need to reassign government counsel to avoid a continuance in this case. To begin, the Government is cautiously optimistic that its lead counsel in this case, AUSA Adam Ake, will be symptom-free and recovered from his COVID-19 infection to allow trial to begin as scheduled, or close thereto, next week. To provide some additional cushion and certainty, however, the Government requests that the Court reschedule trial to begin on Tuesday, September 27, 2022, both to an allow for an additional recovery day and because September 26, 2022, is the observance of Rosh Hashanah and beginning on that day may discourage some observers of that holiday from appearing for jury service, as required.

      Although the Government hopes that starting on Tuesday will prove to be the only concession needed to accommodate counsel's illness, it cannot discount the possibility that other circumstances could develop between now and then which would require a continuance of trial. Other members of the trial team and at least one government witness have now been exposed as close contacts and might yet contract the illness. Additionally, AUSA Ake's condition could persist and/or deteriorate before trial commences. Further complicating the issue is that, while this is admittedly not a complex case, the undersigned is a recently-hired AUSA, who has yet to try a federal case.

      The trial team has conferred with our Office's Criminal Chief, AUSA Michael Hanlon, and the Acting Chief of our Major Crimes Section about the possibility of further impacting the trial team. Would any such additional contingency occur, the Government will request a trial continuance as reassigning counsel to the case on such short notice would be impracticable for several reasons, including witness preparation and case familiarization. This pandemic has led to

chaos with court operations and calendars, but this particular set of circumstances is extraordinary. In this regard, the Government would request of the Court some grace and latitude in resolving any scheduling issues related to these late breaking, unforeseen developments.

The Government has consulted with counsel for the defendant. They ask that their opposition to any continuance request be noted.

We thank the Court for its consideration of these proposals, and will keep the Court and counsel aware of our status.

Very truly yours,

Erek L. Barron
United States Attorney

_____
Michael F. Aubin
Assistant United States Attorney