# CRIMINAL JURY TRIAL

| | | | |
|---|---|---|---|
| **DATE:** | September 29, 2022 | **DAY OF TRIAL:** | 3 |
| **TIME:** | 10:22 AM – 10:34 AM (12 mins) | **REPORTER/FTR:** | Ronda Thomas |
| | 10:42 AM – 11:18 AM (36 mins) | | |
| | 11:41 AM – 1:20 PM (1 hr 39 mins) | | |
| | 1:28 PM – 1:31 PM (3 mins) | | |
| | 4:50 PM – 4:54 PM (4 mins) = 2 hrs 34 mins | | |
| **JUDGE:** | Richard D. Bennett | **CASE NO:** | RDB-21-0163 |
| **CASE:** | United States of America v. Benjamin Paz | | |
| **CRDs:** | Rebecca Maldeis | **INTERPRETERS:** | Lauren Egbert/Richard Singer |

**COUNSEL FOR GOVERNMENT:** Adam Ake and Michael Aubin

**COUNSEL FOR DEFENDANT:** Francisco Carriedo and Elizabeth Lopez (AFPDs)

- ☐ Voir Dire Conducted
- ☐ Jury Impaneled
- ☐ Jury Sworn
- ☐ Opening Statements
- ☒ **Closing Arguments**
- ☐ Jury Discharged
- ☒ **Bailiff Sworn: Wayne Johnson**
- ☒ **Charge Conference**
- ☐ Verdict Rendered
- ☐ Other: Preliminary Matters
- ☐ Motions:
- ☒ **Court's Instructions to the Jury**
- ☐ Polling of the Jury

REMARKS: Government rests. Defense rests. Jury excused for an hour to allow Court to conduct charge conference with counsel. Counsel heard in closing. Court administered instructions to jury. Jury retired to begin deliberations at 1:31 PM. Jury note #1 received at 4:24 PM. Court addresses jury re: note. Case to resume tomorrow, Friday 9/30/2022 at 10:00 AM.