BALTIMORE
30 PM 4:49

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

United States of America  *

v.  *  Case No. RDB-21-CR-163

Benjamin Paz  *

*

Defense Exhibit List

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | Naturalization Certificate |
| 2 | | | Form N-445, Notice of Naturalization Oath Ceremony |
| 3 | | | Waiver of Attorney Presence |
| 4 | SEP 2 8 2022 | SEP 2 8 2022 | DHS Form G-28 and Submission of Application |
| 5 | SEP 2 8 2022 | SEP 2 8 2022 | Form N-400 Application for Naturalization |
| 6 | | | N-400 Addendum - Time Outside of United States |
| 7 | | | N-400 Addendum - Additional Questions |
| 8 | | | Photocopy of Lawful Permanent Resident Card |
| 9 | | | Photocopy of Head shots |
| 10 | | | Naturalization Test - History and Government |
| 11 | SEP 2 8 2022 | SEP 2 8 2022 | Naturalization Test - English Reading |
| 12 | SEP 2 8 2022 | SEP 2 8 2022 | Naturalization Test - English Writing |
| 13 | | | MPD Criminal History Request |
| 14 | SEP 2 8 2022 | SEP 2 8 2022 | DC Superior Court Records |
| 15 | | | Naturalization Interview Results |
| 16 | | | Notice of Pre-Interview Case File Review |
| 17 | SEP 2 8 2022 | SEP 2 8 2022 | N-400 Rejection Notice |
| 18 | SEP 2 8 2022 | SEP 2 8 2022 | AFM Appendix 15-2 Non-Adversarial Interview Techniques |

ExhibitList (06/2016)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

United States of America   *

v.   *   Case No. RDB-21-CR-163

Benjamin Paz   *

*

### Defense Exhibit List (Continued)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 19 | | | AFM Chapter 15 Interviewing |
| 20 | | | USCIS Policy Manual Volume 12 - Citizenship and Naturalization |
| 21 | SEP 2 8 2022 | SEP 2 8 2022 | Scording Guidelines for the U.S. Naturalization Test |
| 22 | SEP 2 8 2022 | SEP 2 8 2022 | Blank Form N-400 |
| 23 | SEP 2 8 2022 | | Letter to Maria Sanz dated 2/11/13 |
| 24 | SEP 2 8 2022 | | Letter to Maria Sanz dated 5/23/13 |

ExhibitList (06/2016)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov