# UNITED STATES OF AMERICA

## vs.

USDC-BALTIMORE
'22 SEP 30 PM4:49

## BENJAMIN PAZ

**Criminal No. RDB-21-0163**                          **Court's Trial Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|:---:|
| 1 | SEP 2 9 2022 | SEP 2 9 2022 | Jury Note #1 |
| 2 | SEP 3 0 2022 | SEP 3 0 2022 | Jury Note #2 |
| 3 | SEP 3 0 2022 | SEP 3 0 2022 | Jury Note #3 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |