COURT'S EXHIBIT NO. 1
CASE NO.: RDB-21-0163
IDENTIFICATION: SEP 2 9 2022
ADMITTED: SEP 2 9 2022

CASE NUMBER: RDB-21-0163
CASE NAME: United States of America v. Benjamin Paz

We are currently divided. Understanding it is 4:24 p.m., how would you like us to proceed?

JUROR NUMBER: 8

DATE: 9/29/22
TIME: 4:24

For Court Use Only:
Recv'd by: M. Maiders    DATE: 9/29/22    TIME: 4:24 PM
Court Exhibit #: 1

Jury Note (Rev. 2/2009)

CSO: _____

Time: 4:25

Date: 09/29/22