COURT'S EXHIBIT NO. 2
CASE NO.: RDB-21-0163
IDENTIFICATION: SEP 2022
ADMITTED: SEP 2022

Case 1:21-cr-00163-RDB   Document 80   Filed 09/30/22   Page 1 of 2

USDC - BALTIMORE
'22 SEP 30 PM 4:49

CASE NUMBER: RDB-21-0163
CASE NAME: United States of America v. Benjamin Paz

Can you provide a more detailed understanding of the term "beyond a reasonable doubt" as presented in the jury instructions that goes farther than a standard English definition?

JUROR NUMBER: 8

DATE: 9/30/2022
TIME: 11:57 a.m.

For Court Use Only:
Recv'd by: h. Maiden   DATE: 9/30/22   TIME: 12:00 PM
Court Exhibit #: 2

Jury Note (Rev. 2/2009)

CSO: J. Stelmach

Time: 1200 hrs

Date: Sept 30 2022