COURT'S EXHIBIT NO. 3
CASE NO.: RDB-21-0163
IDENTIFICATION: SEP 30 2022
ADMITTED: SEP 30 2022

USDC - BALTIMORE
'22 SEP 30 PM4:49

CASE NUMBER: RDB-21-0163
CASE NAME: United States of America v. Benjamin Paz

We remain at an impasse after three votes. Several jury members are entrenched in their viewpoints and don't feel further discussion will change their minds.

JUROR NUMBER: 8

DATE: 09/30/2022
TIME: 2:09 p.m.

For Court Use Only:
Recv'd by: h.Maldeis
DATE: 9/30/22
TIME: 2:10 PM
Court Exhibit #: 3

Jury Note (Rev. 2/2009)

CSO: _Fran Vodlak_

Time: _2:11 PM_

Date: _9/30/2022_