IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.  RDB 21-163 |
| | * | |
| | * | |
| BENJAMIN F. PAZ | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*

## GOVERNMENT'S CONSENT MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and with consent of counsel for Defendant Benjamin Paz, the United States Attorney for District of Maryland hereby requests leave of Court to dismiss the Indictment currently pending against Defendant.  The government has referred this matter to the Department of Justice's Office of Immigration Litigation (OIL), which has tentatively accepted the case for civil denaturalization proceedings.  The government requests that this Court dismiss the Indictment without prejudice to allow the government to re-present charges should OIL ultimately decline to file a denaturalization complaint against the Defendant.  Counsel for Defendant consents to the entry of an Order dismissing the Indictment without prejudice with this understanding.

A proposed Order to this effect is attached for the Court's convenience.

Erek L. Barron
United States Attorney

By: _____
Adam K. Ake
Michael E. Aubin
Assistant United States Attorneys